# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **HEIDI EASTUS,** § | | **CIVIL ACTION NO. 4:18-cv-1896** |
| *Plaintiff*, § | | |
| § | | |
| **VS.** § | | |
| § | | |
| **ISS FACILITY SERVICES, INC.,** § | | |
| **LUFTHANSA SYSTEMS** § | | |
| **AMERICAS, INC.,** § | | |
| **DEUTSCHE LUFTHANSA, A.G. d/b/a** § | | |
| **LUFTHANSA GERMAN AIRLINES,** § | | |
| *Defendants.* § | | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff, Heidi Eastus, files her Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Order Granting Defendants' Motion to Compel Arbitration and Dismissing Plaintiff's case entered in this action on March 20, 2019.

Respectfully submitted,

STARZYK & ASSOCIATES, P.C.

*/s/ Michael A. Starzyk*_____
Michael A. Starzyk
Attorney in Charge
Texas Bar No. 00788461
Southern District Bar No. 16926
Fifth Circuit Bar No. 16926
mstarzyk@starzyklaw.com
Starzyk & Associates, P.C.
10200 Grogan's Mill Road, Suite 300
The Woodlands, Texas 77380
Telephone:    (281) 364-7261
Facsimile:    (281) 364-7533

**ATTORNEYS FOR PLAINTIFF,
HEIDI EASTUS**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including:

**William S. Helfand**
State Bar No. 09388250
bill.helfand@lewisbrisbois.com
**Sean O. Braun**
State Bar No. 24088907
sean.braun@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLC**
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Tel: (713) 659-6767
Fax: (713) 759-6830

**ATTORNEYS FOR DEFENDANTS**
**ISS FACILITY SERVICES, INC.,**
**LUFTHANSA SYSTEMS AMERICAS, INC.,**
**DEUTSCHE LUFTHANSA, A.G. d/b/a**
**LUFTHANSA GERMAN AIRLINES**

                                                      */s/ Michael A. Starzyk*
                                                      Michael A. Starzyk