# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

United States Courts
Southern District of Texas
FILED
June 18, 2020
David J. Bradley, Clerk of Court

NOTE: The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

HEIDI EASTUS   v. ISS FACILITY SERVICES, INC., ET AL.   No. 19-20258   4:18-CV-1896

The Clerk is requested to tax the following costs against: HEIDI EASTUS, APPELLANT

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 7 | 43 | 0.15 | 45.15 | 7 | 43 | .15 | 45.15 |
| Appellant's Reply Brief | | | | | | | | |
| Other: Binding | 7 | 1 | 1.5 | 10.5 | 7 | | 1.50 | 10.50 |

Total $ 55.65

Costs are hereby taxed in the amount of $ 55.65   Costs are taxed in the amount of $ 55.65   this 18th day of MAY JUNE 2020

LYLE W. CAYCE, CLERK
By: _____ Deputy Clerk

State of _____
County of Harris County, Texas

I, William S. Helfand, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 27th day of May 2020

_____ (Signature)
Attorney for Defendants - Appellees

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS